# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA,<br><br>   Plaintiff,<br><br>   v.<br><br>O'REILLY AUTO ENTERPRISES LLC,<br><br>   Defendant. | Case No. 1:24-cv-00333-JLT-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 23) |

Before the Court is the parties' stipulation to modify discovery dates in the scheduling order. For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

**Close of Non-Expert Discovery:**    July 25, 2025

**Expert Discovery:**

   Expert Disclosure:         July 30, 2025

   Rebuttal Expert:           August 13, 2025

   Close of Expert Discovery: September 11, 2025

IT IS SO ORDERED.

Dated:  **April 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge