# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES LLC,<br><br>    Defendant. | Case No. 1:24-cv-00333-JLT-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 25) |

Before the Court is the parties' stipulation to modify the date of the close of non-expert discovery in light of pending depositions. For good cause shown, the Court hereby approves the stipulation and ORDERS that the close of non-expert discovery shall be October 17, 2025.

IT IS SO ORDERED.

Dated: **July 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge