# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA, | Case No. 1:24-cv-00333-JLT-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 30) |
| O'REILLY AUTO ENTERPRISES LLC, | |
| Defendant. | |

Before the Court is the parties' timely stipulation to modify the close of non-expert discovery in order to complete certain depositions.  The parties do not seek to modify any other dates and offer that this extension would not impact any future deadlines or the trial date.  For good cause shown, the Court hereby approves the stipulation and ORDERS that the deadline to complete non-expert discovery is CONTINUED to **December 13, 2025**.

IT IS SO ORDERED.

Dated:   **October 17, 2025**            _____

STANLEY A. BOONE
United States Magistrate Judge