# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA,<br><br>    Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES LLC,<br><br>    Defendant. | Case No. 1:24-cv-00333-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO UPDATE THE CONTACT INFORMATION OF PLAINTIFF'S COUNSEL<br><br>(ECF No. 32) |

On October 21, 2025, Plaintiff's counsel filed a notice of change of firm name from Atticus Law Group to Ranen Khademi PC. (ECF No. 32.) Accordingly, the Clerk of the Court IS HEREBY DIRECTED to update the firm name and email addresses of counsel as follows:

    1.    Jeffrey S. Ranen, Esq.    jranen@ranenkhademi.com

    2.    Parisa Khademi, Esq.    pkhademi@ranenkhademi.com

    3.    Margaret R. Wright    mwright@ranenkhademi.com

IT IS SO ORDERED.

Dated: **October 23, 2025**

STANLEY A. BOONE  
United States Magistrate Judge