# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA, an individual,<br><br>  Plaintiff,<br>v.<br><br>O'REILLY AUTO ENTERPRISES LLC., and DOES 1 through 10,<br><br>  Defendants. | Case No. 1:24-cv-00333 JLT SAB<br><br>STIPULATION AND ORDER TO EXCLUDE ALL EVIDENCE OF AND REFERENCE TO PLAINTIFF'S JULY 2019 WORKERS' COMPENSATION CLAIM AND THE DENIAL OF THE SAME<br><br>(Doc. 46) |

Pursuant to the Parties' Stipulation, (Doc. 46), and good cause appearing, **IT IS HEREBY ORDERED** that all evidence of and reference to the following shall be excluded from the Parties trial:

All evidence of and reference to Plaintiff's July 2019 workers' compensation claim, and Defendant's workers' compensation insurance carrier's denial of that claim.

IT IS SO ORDERED.

Dated:   **December 18, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1