# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RIVERA,<br><br>        Plaintiff,<br><br>    v.<br><br>O'REILLY AUTO ENTERPRISES LLC,<br><br>        Defendant. | Case No. 1:24-cv-00333-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 65)<br><br>**MARCH 2, 2026 DEADLINE** |

On January 16, 2026, the parties filed a joint notice of settlement, informing the Court that a settlement has been reached and that the parties are currently in the process of negotiating the terms of a settlement agreement. (ECF No. 65.)  The parties state they expect to finalize and execute the settlement agreement by January 23, 2026, and that Defendant is estimated to fully perform its duties under the settlement agreement within forty-five (45) days. (Id.)  The parties request that the Court "retain jurisdiction over this case until the settlement agreement is finalized and Defendant can fully perform its duties as required under the settlement agreement." (Id.)

The Court will retain jurisdiction until the dismissal is filed.  However, the Court notes it generally declines generic requests to retain jurisdiction after dismissal, absent a specific request and showing of good cause, and such retention requires a subsequent order of approval from the Court retaining jurisdiction.  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994) ("Neither the Rule nor any provision of law provides for jurisdiction of the court over disputes arising out of an agreement that produces the stipulation. . . .  Enforcement of the

settlement agreement, however, whether through award of damages or decree of specific performance, is more than just a continuation or renewal of the dismissed suit, and hence requires its own basis for jurisdiction.")

The parties have requested that dispositional documents be filed no later than March 2, 2026. (ECF No. 65.)  Under Local Rule 160(b), the Court may, on good cause shown, extend the time for filing dispositional papers.  In light of the expected timeline for finalization and completion of the settlement agreement, the Court finds it reasonable to allow filing of dispositional documents on the requested date of March 2, 2026.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED; and

2.      Plaintiff shall file dispositional documents **no later than March 2, 2026**.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:    **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2